IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Foreman, Charmaine

Printed: 7/24/07

Case Number: 07 B 03750
Judge: Squires, John H
Filed: 3/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: June 22, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 802.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 758.69 |
| Trustee Fee: |  | 43.31 |
| Other Funds: |  | 0.00 |
| Totals: | 802.00 | 802.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Remedies | Administrative | 2,124.00 | 758.69 |
| 2. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | Michigan Avenue National Bank | Secured | 0.00 | 0.00 |
| 5. | JP Morgan Chase Bank | Secured | 2,800.00 | 0.00 |
| 6. | Wells Fargo Home Mortgage | Secured | 9,482.00 | 0.00 |
| 7. | Capital One | Unsecured | 267.33 | 0.00 |
| 8. | Capital One | Unsecured | 212.11 | 0.00 |
| 9. | Nordstrom | Unsecured | 184.63 | 0.00 |
| 10. | Capital One | Unsecured | 349.50 | 0.00 |
| 11. | Michigan Avenue National Bank | Unsecured | 231.33 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 857.02 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 1,517.76 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 48.98 | 0.00 |
| 15. | B-Real LLC | Unsecured | 287.15 | 0.00 |
| 16. | Affiliated Radiologist | Unsecured |  | No Claim Filed |
| 17. | Bank One | Unsecured |  | No Claim Filed |
| 18. | Yetta G McCullom D D S | Unsecured |  | No Claim Filed |
| 19. | Dinners Club | Unsecured |  | No Claim Filed |
| 20. | Female Health Care Associates | Unsecured |  | No Claim Filed |
| 21. | NDS Mailing | Unsecured |  | No Claim Filed |
| 22. | West Loop U Medical | Unsecured |  | No Claim Filed |
| 23. | Northwestern Memorial Hospital | Unsecured |  | No Claim Filed |
| 24. | Northwest Medical Faculty | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Foreman, Charmaine

Printed: 7/24/07

Case Number: 07 B 03750
Judge: Squires, John H
Filed: 3/2/07

|  | |
|---|---|
| _____ | _____ |
| $ 18,361.81 | $ 758.69 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 43.31 |
|  | _____ |
|  | $ 43.31 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_